PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2736
Fax. 973-645-3210
email: @usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **HON.** |
| *Plaintiff,* | : | *Civil Action No.* |
| v. | : | **COMPLAINT** |
| FRANK E. COLABELLA , | : | |
| *Defendant.* | : | |

PAUL J. FISHMAN, United States Attorney for the District of New Jersey, on behalf of plaintiff, United States of America, for its Complaint against defendant Frank E. Colabella, says that:

1. This is a civil action brought on behalf of the United States of America and this Court has jurisdiction under the provisions of 28 U.S.C. Section 1345.

2. The defendant resides in Hillsborough, within the state and district of New Jersey.

3. Defendant owes plaintiff the principal sum of $340,911.48, plus interest, as more fully set forth on the Certificates of Indebtedness attached hereto as Exhibits "A" and "B".

4. Due demand has been made for payment.

THEREFORE, plaintiff demands judgment against defendant as follows:

a. In the amount of $435,390.23 ($288,799.97 principal, $146,590.26 interest accrued through March 29, 2011), and $.00 costs;

b. Interest to accrue at the rate of 2.47% per annum from March 29, 2011 to date of judgment; (**"A"**)

c. In the amount of $70,236.64 ($52,111.51 principal, $18,125.13 interest accrued through March 29, 2011), and $.00 costs;

d. Interest to accrue at the rate of 8.25% per annum from March 29, 2011 to date of judgment; (**"B"**)

e. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

f. Costs of suit; and

g. For such other relief as this Court may deem just.

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: LEAH A. BYNON
ASSISTANT U.S. ATTORNEY