PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-
Fax. 973-645-3210
email: @usdoj.gov
(FLU:YH)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. JOEL A. PISANO |
| PLAINTIFF, | : | CIVIL ACTION NO. 11-2562 |
| v. | : | REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT |
| FRANK E. COLABELLA, | : | |
| DEFENDANT. | | |

Plaintiff hereby requests the Clerk of this Court enter a DEFAULT against defendant Frank Colabella, pursuant to Fed. R. Civ. P. 55(a) for failure to appear; and further

Plaintiff requests the Clerk of this Court enter a DEFAULT JUDGMENT in favor of Plaintiff, and against the Defendant herein;

-2-

Plaintiff relies on the attached declaration and Certificates of Indebtedness, no brief being necessary.

                            PAUL J. FISHMAN
                            UNITED STATES ATTORNEY

                            s/ LEAH A. BYNON
By:   LEAH A. BYNON
       ASSISTANT U.S. ATTORNEY