| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, EXHIBITS A&B** | |
| EFFECTED (1) BY ME: **NUNO VEIGA** | |
| TITLE: **PROCESS SERVER** | DATE: **05/10/2011  06:24PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

FRANK E. COLABELLA

Place where served:

57 TAURUS DRIVE  UNIT 4A HILLSBOROUGH NJ 08853

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

FRANK E. COLABELLA

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'0"-5'3"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GOATEE

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/11/20 11                         _____ L.S.

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

05/11/11
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2015

ATTORNEY:   LEAH A. BYNON, ESQ.
PLAINTIFF:    UNITED STATES OF AMERICA
DEFENDANT: FRANK E. COLABELLA
VENUE:       DISTRICT OF NJ
DOCKET:     3 11 CV 02562 JAP TJB

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EA