PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-
Fax. 973-645-3210
email: @usdoj.gov
(FLU:YH)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. JOEL A. PISANO |
| PLAINTIFF, | : | CIVIL ACTION NO. 11-2562 |
| V. | : | DEFAULT JUDGMENT |
| FRANK E. COLABELLA, | | |
| DEFENDANT. | : | |

This action having been opened to the court by PAUL J. FISHMAN, United States

Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing)

pursuant to Rule 55(b) (1) of the Federal Rules of Civil Procedure; and defendant Frank E.

Colabella,  having failed to appear or follow up on the Complaint; and default having been entered

against defendant; and upon good cause appearing, it is hereby

-2-

ORDERED and ADJUDGED that plaintiff, United States of America, recover from defendant the sum of $511,421.44 as of September 30, 2011, plus interest at the rate of $31.32 per day until the date of judgment, plus costs in the amount of $370.00, and postjudgment interest at the legal rate, as provided by law, computed daily and compounded annually until paid in full.

WILLIAM T. WALSH, CLERK
UNITED STATES DISTRICT COURT

By: _____
DEPUTY CLERK